IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ING BANK, FSB,                                              No. CIV S-11-2400-KJM-CMK

       Plaintiff,

     vs.                                                              <u>ORDER</u>

MARSHALL-EDWARDS MIKELS, et al.,

       Defendants.

_____/

      This action was removed to this court from the Siskiyou County Superior Court by the defendants, proceeding *in propria persona*. Pending before the court is plaintiff's motion to remand this action back to the state court where it originated. This motion is currently set for hearing on November 2, 2011, at 10:00 a.m. before the undersigned. Defendants have filed a motion for an extension of time to respond the motion, and have requested a continuation of the hearing to January 12, 2011. No opposition to the extension has been received by the court.

      Good cause appearing therefor, the court will grant defendants' motion in part. The court finds a two month continuation on this motion to be excessive. However, a shorter continuance will be granted, providing defendants with an opportunity to oppose the motion, which shall be filed pursuant to Local Rule 230.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (Doc. 9) is granted in part;

2. The hearing on the motion to remand is continued to December 1, 2011, at 10:00 before the undersigned in Redding, California;

3. Defendants' opposition to the motion, if any, shall be filed on or before November 17, 2011.

DATED: October 18, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE