IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, FSB, | No. CIV S-11-2400-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MARSHALL-EDWARDS MIKELS, et al., | |
| Defendants. | |
| _____/ | |

This action was removed to this court from the Siskiyou County Superior Court by the defendants, proceeding *in propria persona*. This matter is set for an initial scheduling conference on January 12, 2012, before the undersigned in Redding, California. Also pending before the court is plaintiff's motion to remand this action back to state court. The court finds it appropriate to vacate the scheduling conference until the pending motion has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for January 12, 2012, is vacated, to be reset following final resolution of the pending motion to remand, if appropriate.

DATED: December 29, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE